# ELECTRONIC RECORD

1032-15
1033-15

COA # 01-14-00072-CR          OFFENSE: 22.02 (Agg Assault)

STYLE: Larry Wayne Richard v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 185th District Court

DATE: 07/14/15          Publish: NO          TC CASE #: 1233998

# IN THE COURT OF CRIMINAL APPEALS

1032-15
1033-15

STYLE: Larry Wayne Richard v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD